Danielle P. Light, Esq.
**HASBANI & LIGHT, P.C.**
*Attorneys for Plaintiff*
450 Seventh Ave, Suite 1408
New York, NY 10123
Tel: (646) 490-6677
Email: dlight@hasbanilight.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
53RD STREET, LLC,                          Index No.: 18-CV-4203

                                       Plaintiff,

                                                                                   **NOTICE OF REJECTION**

    -against-

U.S. BANK NATIONAL ASSOCIATION,

                                            Defendant.
-------------------------------------------------------------------------X

       **NOTICE IS HEREBY GIVEN** that the "Answer" filed on August 22, 2018 is rejected because leave of the Court was not obtained prior to its submission. Defendant, U.S. BANK NATIONAL ASSOCIATION, was served with the Summons and Complaint more than twenty days before the "Answer" was filed.

Dated:  New York, New York                         **HASBANI & LIGHT, P.C.**
            August 23, 2018

                                                           _____/s/_____
                                                           Danielle P. Light, Esq.
                                                           *Counsel for Plaintiff*
                                                           450 Seventh Avenue, Suite 1408
                                                           New York, New York 10123
                                                           Tel: (646) 490-6677
                                                           dlight@hasbanilight.com