**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 9/13/2018

Case: 53rd Street LLC v. U.S. Bank National Association   Status @ 3:30 PM

Civ. 1:18-cv-04203-JBW-VMS

**ECF Recording in 13A South:**   ☐ Telephone Conference   ☑ In-person Conference

3:44 – 3:57

**Counsel:** *(See separately docket entry or document for specific appearances)*
☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☑ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset. they remain as stated in the previous order.)*
   ☐ Motions decided on the record   _____

   ☐ Rule 26(a) disclosures, incl. supplements   _____

   ☐ Document requests to be served   _____

   ☐ Interrogatories to be served   _____

   ☐ Amended pleadings, incl. joinder   _____
        ☐ To be served        ☐ To be filed
        ☐ Complaint ☐ Answer   ☐ On consent ☐ By motion ☐ By PMC letter
   ☐ Joint status letter ☐ Stip of dismissal to be filed
   ☐ Status conference   Date: _____  Time: _____
        ☐ In person ☐ Telephone (718) 613-2300   To be organized by:
   ☐ Specific depositions to be held   _____

   ☐ Fact discovery closes   _____

   ☐ Expert disclosures to be served   _____

   ☐ Initial expert report(s) to be served   _____

   ☐ Rebuttal expert report(s) to be served   _____

   ☐ Expert discovery closes   _____

   ☐ All discovery closes   _____

   ☑ Joint letter confirming discovery is concluded   12/31/18

   ☐ Summary judgment to be initiated   12/31/18
   ☐ Joint pre-trial order to be filed   ☑ PMC letter ☑ Briefing   1/31/18
   ☐ Proposed confidentiality order to be filed   ☐ Letter for conference ☐ Proposed JPTO
   ☐ Consent to Magistrate Judge to be filed   _____
   ☐ Settlement Conference   _____
        Date: _____  Time: _____

1|1