

900 Merchants Concourse
Westbury, New York 11590
Phone (516) 280-7675
Fax (516) 280-7674

**Sara Z. Boriskin, Esquire**
Member of New York Bar
**James Robertson, Esquire**
Member of Texas Bar
**Everett Anschutz, Esquire**
Member of Texas Bar
**David J. Schneid, Esquire**
Member of Florida Bar

January 28, 2019

<u>**VIA ECF**</u>
Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

      **RE:    Case Number: 18-4203**
            <u>**Case: 53rd Street LLC v. U.S. Bank National Association**</u>

Dear Magistrate Judge Scanlon:

Please accept this letter a joint status report and joint application to extend the deadlines for completion of discovery and dispositive motions. The Plaintiff and Defendant both served each other with their first set of written demands and deposition notices. Defendant served responses to Plaintiff's written demands on December 18, 2018. Plaintiff deposed Defendant on December 20, 2018. Plaintiff served additional demands on Defendant following the deposition.

Plaintiff has indicated that it requires another 30 days to respond to Defendant's written demands. As such, Defendant's deposition of Plaintiff has been postponed pending receipt of Plaintiff's responses. Defendant is also preparing responses to Plaintiff's second set of demands and expects to serve its response to the second set of demands within 30 days. The parties are evaluating the need for formal discovery from nonparties subject to their respective responses.

Accordingly, the parties respectfully request that the scheduling order be modified to extend the parties' time to complete discovery and file dispositive motions. The parties request that the deadlines for completion of discovery and service of dispositive motions be extended from December 31, 2018 to March 31, 2019 and from January 31, 2019 to April 30, 2019 respectively.

Respectfully submitted,

s/ Jason W. Creech
Jason W. Creech, Esq.
RAS Boriskin, LLC
*Attorneys for Defendant*
900 Merchants Concourse, Suite 106
Westbury, New York 11590

CC:    Danielle Paula Light
        Hasbani & Light, PC
        450 Seventh Avenue
        Suite 1408
        New York, NY 10123
        **VIA ECF**

.