Danielle P. Light, Esq.
**HASBANI & LIGHT, P.C.**
*Attorneys for Plaintiff*
450 Seventh Ave, Suite 1408
New York, NY 10123
Tel: (646) 490-6677
Email: dlight@hasbanilight.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
53RD STREET, LLC,

            Plaintiff,

 -against-

U.S. BANK NATIONAL ASSOCIATION,

            Defendant.
------------------------------------------------------------------------X

Docket No.:
1:18-cv-04203-JBW-VMS

**NOTICE OF MOTION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff 53rd Street, LLC ("Plaintiff") will and hereby do move this Court for and order (i) Granting Plaintiff Summary Judgment pursuant to Federal Rule of Civil Procedure 56(a); (ii) Striking the defendant U.S. Bank National Association's (the "Defendant") Answer filed on August 22, 2018 (the "Answer"); and (iii) For such other and further relief that this Court may deem just and proper.

The Motion will be heard on <u>**June 11, 2019 at 10am or a time to be designated by the Court before the Honorable Judge Jack B. Weinstein, United States District Judge for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201.**</u>

The Motion is based upon this Notice, the concurrently filed Memorandum of Law, the

Declaration of Danielle P. Light, Esq., the Rule 56.1 Statement of Danielle P. Light, the Affidavit of Yonel Devico, and upon all papers and documents on file herein, the Court's files concerning this action, together with those facts and documents of which the parties request judicial notice and/or matters which judicial notice is proper, as well as any oral argument which may be presented at the time of the hearing.

Dated: New York, New York
       May 2, 2019

**HASBANI & LIGHT, P.C.**

_____/s/_____
Danielle P. Light, Esq.
*Counsel for Plaintiff*
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (646) 490-6677
dlight@hasbanilight.com