# BLANKROME

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

*Phone:*  *(212) 885-5568*
*Fax:*    *(917) 591-9898*
*Email:*  *aroberts@blankrome.com*

May 23, 2019

**Via ECF**
Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *53rd Street, LLC v. U.S. Bank National Association*
> Docket No. 18-cv-04203 (JBW)(VMS)

Your Honor:

    This firm represents defendant U.S. Bank National Association ("Defendant") in the above-referenced matter.

    Plaintiff and Defendant each filed motions for summary judgment on May 3, 2019 pursuant to the Court set briefing schedule. Each parties' opposition to the respective motion is to be filed on May 24, 2019 and a reply in further support of the parties' respective motion, if any, is to be filed by June 7, 2019.

    Defendant respectfully requests an enlargement of the current briefing schedule. Blank Rome was recently retained as counsel for Defendant. As such, the undersigned makes this request in order to properly review and respond to the allegations asserted Plaintiff's motion for summary judgment. An enlargement of time will also allow the parties to discuss the possibility of settlement.

BLANKROME

May 23, 2019
Page 2

      This is Defendant's first request for an extension of time.  This request is respectfully made on consent of both parties.  A copy of the Stipulation setting forth the proposed adjourned briefing schedule is annexed hereto.

                                            Respectfully submitted,

                                            Andrea M. Roberts

cc:  Danielle P. Light, Esq. (via ECF)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

EAST 53ʳᴰ STREET, LLC,

                              Plaintiff,

-against-

U.S. BANK NATIONAL ASSOCIATION

                             Defendant.

Index No.: 18-cv-04203 (JBW) (VMS)

**STIPULATION**

**WHEREAS**, Plaintiff East 53rd Street, LLC ("Plaintiff") and defendant U.S. Bank National Association ("Defendant") each filed a motion for summary judgment on May 3, 2019; and

**IT IS HEREBY STIPULATED AND AGREED**, that the time for the Plaintiff and Defendant to oppose the parties' respective motions for summary judgment, currently scheduled for May 24, 2019, is hereby extended to and including June 7, 2019; and

**IT IS FURTHER STIPULATED AND AGREED** that the time for the Plaintiff and Defendant to file a reply, if any, in further support of their respective motions for summary judgment, currently scheduled for June 7, 2019, is hereby extended to and including June 21, 2019.

151908.00604/119890925v.1

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and that electronically reproduced or facsimile signatures shall be deemed to be originals.

Dated:  New York, New York  
       May 22, 2019

New York, New York  
May 23, 2019

**Hasbani & Light, P.C.**

**Blank Rome LLP**

By: _____  
Danielle P. Light, Esq.  
450 Seventh Ave, Suite 1408  
New York, NY 10123  
(P) (646) 490-6677  
*Attorneys for Plaintiff*

By: _____  
Andrea M. Roberts, Esq.  
1271 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 885-5568  
*Attorneys for Defendant U.S. Bank National Association*