

450 Seventh Ave
Suite 1408
New York, NY 10123

Danielle P. Light
T. 646.490.6677
F. 347.491.4048
dlight@hasbanilight.com

*Licensed in NY & NJ*

June 7, 2019

**VIA ECF**
Honorable Judge Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    53rd Street, LLC v. U.S. Bank, N.A.
               Case No. 18-04203
               Opposition to Defendant's Motion for Summary Judgment

Dear Honorable Judge Weinstein:

We are counsel for Plaintiff in the above referenced action. We write to request an extension of time to upload Plaintiff's exhibits to the Declaration of Danielle Light. The undersigned has been attempting to upload the exhibits for several hours, however, each time the exhibits are uploaded an additional error message appears prohibiting the filing of the exhibits. The error messages advise counsel that the size of the files are too large. Even after it's corrected, another error message arises.

To ensure that this error does not prejudice Defendant, in terms of the time it has to prepare its Memorandum in Reply, Plaintiff served a copy of the Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, the Declaration of Danielle P. Light and all exhibits on counsel for Defendant via email.

For the foregoing reason, Plaintiff seeks leave to file its exhibits to the Declaration of Danielle Light on Tuesday, June 11, 2019. We are seeking the extension until Tuesday and not Monday because Monday is a Jewish holiday and Hasbani & Light, PC is closed in observance of the holiday.

We thank the Court for its consideration of this matter.

Thank you,


/s/Danielle P. Light

cc: Andrea Roberts, Esq.
Via ECF/Email
*Counsel for Defendant*