

Danielle P. Light, Esq.

450 Seventh Ave
Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

July 15, 2019

**VIA ECF**
Hon. Jack B. Weinstein
United States District Court, EDNY
Conrad B. Duberstein Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:   *53rd Street LLC v. U.S. Bank National Association*
              Case No.: 18-4203
              Request For Mediation

Dear Judge Weinstein,

We represent the Plaintiff 53rd Street LLC in the above entitled matter. We would like to explore settlement options with the Defendant while the Motions for Summary Judgment are pending. As such, Plaintiff respectfully requests that this case be referred to the mediation program.

                                                                           Respectfully,

                                                                       */s/ Danielle P. Light*

cc:    Jonathan Robin
        BLANKROME
        1271 Avenue of the Americas
        New York, NY 10020
        *Via ECF*