# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:* (212) 885-5568
*Fax:* (917) 591-9898
*Email:* aroberts@blankrome.com

July 23, 2019

**Via ECF**
Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *53rd Street, LLC v. U.S. Bank National Association*
               Docket No. 18-cv-04203
               **Response to Plaintiff's Request for Mediation**

Your Honor:

      This firm represents defendant, U.S. Bank National Association ("U.S. Bank") in the above-referenced matter. I write in response to plaintiff 53rd Street, LLC's ("Plaintiff") request for mediation (Docket No. 35).

      U.S. Bank is amenable to discussing resolution of this matter through settlement. However, U.S. Bank respectfully requests this matter be scheduled for a settlement conference before the Honorable Vera M. Scanlon, or another Magistrate Judge to be assigned by the Court, prior to the parties' entry into the EDNY's Mediation Program. If, after a settlement conference, it appears that mediation is feasible, U.S. Bank would agree to the referral of this matter to the Mediation Program.

                                           Respectfully submitted,

                                           *Andrea M. Roberts*

                                           Andrea M. Roberts

cc: Hasbani & Light (via ECF)