

Danielle P. Light, Esq.

450 Seventh Ave
Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

November 18, 2019

**VIA ECF**
Magistrate Judge Vera M. Scanlon
United States District Court, EDNY
Conrad B. Duberstein Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   **RE:** *53rd Street LLC v. U.S. Bank National Association*
      **Case No.: 18-4203**
      **Status Letter**

Dear Judge Scanlon,

This is a joint status letter submitted by the attorneys for both Plaintiff and Defendant. The parties could not reach a settlement and the mediation should be deemed closed. We are respectfully requesting that the motions for summary judgment be decided. Please let us know whether we can provide you with additional information.

               Respectfully,

               */s/ Danielle P. Light*
               Danielle P. Light, Esq.
               *Counsel for Plaintiff*

               */s/ Jonathan Robbin*
               Jonathan Robbin, Esq.
               *Counsel for Defendant*