

Danielle P. Light, Esq.

450 Seventh Ave
Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

March 18, 2020

**VIA ECF**
Judge Ann Donnelly
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**   *53rd Street LLC v. U.S. Bank National Association*
              **Case No.: 18-4203**
              **Enlargement Request**

Dear Judge Donnelly,

This is a request for an enlargement of time to submit the memorandum on standing ordered by Your Honor on March 16, 2020. The memorandum is currently due by March 20, 2020. We write to request an enlargement of time until April 10, 2020 to submit the memorandum, or a date convenient for the Court. No previous requests for enlargement have been made and Defendant's counsel consents to this request.

Plaintiff has good cause for this request. With schools in Manhattan being closed due to the Coronavirus, the undersigned is homeschooling her two children while quarantined as a precaution and in an attempt to avoid contracting the virus. This condition has made it very difficult to comply with court deadlines.

Thank you for your time and consideration of this request.

                                                Respectfully,

                                                */s/ Danielle P. Light*
                                                Danielle P. Light, Esq.
                                                *Counsel for Plaintiff*