Danielle P. Light, Esq.
**HASBANI & LIGHT, P.C.**
*Attorneys for Plaintiff*
450 Seventh Ave, Suite 1408
New York, NY 10123
Tel: (212) 643-6677
Email: dlight@hasbanilight.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
53RD STREET, LLC,                                        Docket No.:
                                                              1:18-cv-04203-JBW-VMS
                         Plaintiff,

                                                           **NOTICE OF MOTION**

   -against-

U.S. BANK NATIONAL ASSOCIATION,

                         Defendant.
------------------------------------------------------------------------X

       **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

       **PLEASE TAKE NOTICE** that Plaintiff 53rd Street, LLC ("Plaintiff") will and hereby moves this Court for and order (i) Granting Attorneys' Fees and Costs pursuant to Federal Rule of Civil Procedure 54(d)(2); and (ii) For such other and further relief that this Court may deem just and proper.

       The Motion will be heard on *__July 8, 2020 at 10am or a time to be designated by the Court before the Honorable Judge Ann M. Donnelly, United States District Judge for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201.__*

       The Motion is based upon this Notice, the concurrently filed Memorandum of Law, the Declaration of Danielle P. Light, Esq., and upon all papers and documents on file herein, the

Court's files concerning this action, together with those facts and documents of which the parties request judicial notice and/or matters which judicial notice is proper, as well as any oral argument which may be presented at the time of the hearing.

Dated: New York, New York
      June 8, 2020

**HASBANI & LIGHT, P.C.**

    /s/
Danielle P. Light, Esq.
*Counsel for Plaintiff*